# Grushko & Mittman, P.C.

Attorneys at Law
551 Fifth Avenue, Suite 1601
New York, New York 10176
(212) 697-9500 (Telephone)
(212) 697-3575 (Telecopier)
counslers@aol.com (e-mail)

# MEMO ENDORSED

Edward M. Grushko
Barbara R. Mittman
Eliezer Drew - Admitted NY/NJ

April 14, 2008

Honorable Colleen McMahon
United States District Judge
United States District Courthouse
500 Pearl Street
New York, NY 10007

Re: Looney v. Longview Fund, L.P. et al.
08 Civ. 1069 (CM)

Dear Judge McMahon:

I am counsel to Longview Fund, L.P. which is named as a Defendant in the captioned matter. I received a copy of the letter dated April 11, 2008 to Your Honor from Jason A. Nagi.

To the best of my knowledge, the entities named as Defendants in the captioned matter have not been served with the summons and complaint, have not appeared, and are not yet required to appear, in the action. I am not, and I have never been, authorized to accept service of the summons and complaint and behalf of any Defendant. I never did so and never told anyone that I could do so. I received no notice of any conference scheduled by the Court on April 4, 2008. I just now received notice that the Court has rescheduled the conference for May 2, 2008.

I respectfully request, therefore, that the Court defer scheduling any conference in this matter until the summons and complaint have in fact been served and affidavits of service have been filed with the Court. In that manner the parties will be properly before the Court before the Court takes any action.

Respectfully,

Edward Grushko

*[Handwritten endorsement:]* Plaintiff immediately should take the steps to effect service so the conference can take place on May 2, as scheduled.

4/15/08

cc: Jason Nagi, Esq. (by fax)

by fax: 212-805-6326

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/08



# GRUSHKO & MITTMAN
Attorneys at Law

**Phone:** 212-697-9500
**Fax:** 212-697-3575
**E-mail:** COUNSLERS@AOL.COM

*DATE:* *April 14, 2008*

*NUMBER OF PAGES (including cover page):* 2

*TO: HONORABLE COLLEEN McMAHON*

*COMPANY NAME: UNITED STATES DISTRICT COURT*

*RECIPIENT'S FAX NUMBER: (212) 805-6326*

*MESSAGE:*

Re: Looney v. Longview Fund, L.P. et al.
    08 Civ. 1069 (CM)

*From the desk of:*
EDWARD M. GRUSHKO
551 Fifth Avenue, Suite 1601
New York, NY 10176

THE DOCUMENTS ACCOMPANYING THIS TELECOPY TRANSMISSION CONTAIN INFORMATION WHICH IS CONFIDENTIAL OR PRIVILEGED. THE INFORMATION IS INTENDED SOLELY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ON THIS TRANSMISSION SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS TELECOPIED TRANSMISSION IS PROHIBITED AND YOU ARE REQUESTED TO PLEASE CONTACT THE SENDER IMMEDIATELY.